**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CIVIL ACTION NO. 1:06cv620LG-JMR** |
| **JIM HOOD, MISSISSIPPI STATE ATTORNEY GENERAL, CONO CARANNA, DISTRICT ATTORNEY FOR HANCOCK, HARRISON AND STONE COUNTIES, HANCOCK COUNTY, MISSISSIPPI, THE CITY OF PICAYUNE, MISSISSIPPI, EDWARD J. BOUCHARD AND SOUTHERN LAND & CATTLE CO.** | **DEFENDANTS** |

**JUDGMENT BY DEFAULT**

Plaintiff, United States of America, has moved, pursuant to Fed. R. Civ. P. 55(b)(2), for judgment by default against defendant EDWARD J. BOUCHARD.  The Court, having examined and considered the motion and being otherwise fully advised in the premises, finds:

That the complaint was filed in this cause on June 21, 2006.  Service of process was perfected on the defendant EDWARD J. BOUCHARD, on October 11, 2006, as shown by the Return of Service on the Summons filed on October 23, 2006.

That no answer or other pleading has been filed by the defendant EDWARD J. BOUCHARD or anyone representing the defendant.

That default was entered on the civil docket in the Office of the Clerk of this Court on November 20, 2006 and defendant EDWARD J. BOUCHARD has taken no action to set aside the default.

That defendant EDWARD J. BOUCHARD is not in the military and is not an infant or an incompetent person.

That the real property which defendant EDWARD J. BOUCHARD may claim an interest

in is located in Hancock County, Mississippi, and is described as follows:

**Tract 2443.**

All that tract or parcel of land lying and being in Fractional Section 8, Township 7 South, Range 17 West, St. Stephens Meridian, Hancock County, Mississippi and more particularly described as follows:

Beginning at a point which is on the North line and 719.40 feet, more or less, West of the Northeast corner of said Section 8 and at a corner of a tract of land now or formerly owned by Clayton Stewart; thence South along the boundary of said Stewart tract 1320 feet, more or less, to a point which is at a corner of said Stewart tract and on the boundary of a tract of land now or formerly owned by Laura Mae Bond; thence West along the boundary of said Bond tract 417.78 feet, more or less, to a corner of a tract of land now or formerly owned by Robert L. Meador; thence North along the boundary of said Meador tract 1320 feet, more or less, to a point which is on the North line of said Section, at a corner of said Meador tract and on the boundary of a tract of land now or formally owned by Hubert Thigpen; thence East along the North line of said Section, which is along the boundary of said Thigpen tract 417.78 feet, more or less, to the point of beginning:

Containing 12.66 acres, more or less, and being substantially the same land described in a deed to Hubert Thigpen and Estelle Kellar Thigpen from Mrs. Samantha B. Keller, dated 18 September 1959 and recorded in Deed Book –8, page 447 of the records of the Office of the Chancery Clerk of Hancock County, Mississippi and designated as Tract 2443 of the Mississippi Test Facility.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Plaintiff's Motion for Default Judgment filed November 20, 2006, [15-1], pursuant to Fed. R. Civ. P. 55 should be, and is hereby **GRANTED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the title to the property known as Tract 2443 and described hereinabove, is confirmed to the United States and the United States owns the subject property in fee simple absolute and superior to any claims of EDWARD J. BOUCHARD.

**SO ORDERED AND ADJUDGED** this the 30th day of November, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE